IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE VISUAL NETWORKS, INC.   :   Master File No. DKC 00-2073
SECURITIES LITIGATION

# O R D E R

For the reasons stated in the foregoing Memorandum Opinion, IT IS this ___16___ day of August, 2002, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendants' Motion to Dismiss BE, and the same hereby IS, GRANTED;

2. Plaintiffs' Amended and Consolidated Class Action Complaint BE, and the same hereby IS, DISMISSED; and

3. The Clerk is directed to transmit a copy of this Order and the accompanying Memorandum Opinion to counsel for the parties and CLOSE this case.

_____
DEBORAH K. CHASANOW
United States District Judge



MICROFILMED
AUG 2 0 2002

